To whom it concerns

This is Abbas Ahmad Elzein I'm Ahmad Elzein Son my dad has 6 children 4 daughters and 2 sons and he has 12 grand children he has 14 siblings 8 brothers and 6 sisters.

My dad lost his older son Ali in 2017 after that it was really hard for him to continue his life because Ali was his son his friend his brother he was everything and my dad chose to continue for his family to support all of us he didn't enjoy his life at all he was working all time since he was born to support his parents his children and his siblings and all his family.

My dad is the most loved in the family among all his siblings he loves everybody and everybody loves him, All his family are waiting for him for his smile for his vibes for his support. I'm writing this letter and I can't explain and there are no words that can explain how much we love this great man no words can explain how much he is a great person he never did hurt anyone he never let

anybody get mad at him I'm writing and crying because we all need Ahmad we all need him around us all his family is waiting for him there are no words can explain how much I missed him and how much I love him and how much my life and my family's life is hard without him around us this year without my dad is the worst year in our life the worst we lived.

My dad did a mistake but he wasn't planning to hurt anybody my dad loves the US and he was always great that he came to this country he took his citizenship and sword that he will be great for this country he lived in the US more than he lived in lebanon he never hurts anyone he just didn't think about what he was doing my dad ofter he lost Ali got 10 years older at the same moment he left him in the grave he just wasn't thinking about what he was doing at all he didn't know that's a bigdeal and it will get him to jail my dad is a great person nobody met him and didn't love him.

I'm asking for me and my family the judge who's going to sentence my dad to give him the minimum he can take and think about all his family members who are all waiting for him to be out and get back to us as soon as possible. And we will be GRATEFULL for you all life if you can help my dad and us and let him free.

Abbas Elzein
10/31/2024